## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **THERESA FRYE,** § | | **PLAINTIFF/** |
| *Heir of Louis Boisdore* § | | **COUNTER-DEFENDANT** |
| § | | |
| § | | |
| **v.** § | | **Civil No. 1:24-cv-260-HSO-BWR** |
| § | | |
| § | | |
| **TIFFANY LEE COWMAN,** § | | **DEFENDANT/** |
| *Hancock County Chancery Clerk* § | | **COUNTERCLAIMANT** |

### FINAL JUDGMENT

In accord with the Memorandum Opinion and Order entered herewith, the Order [13] granting Defendant Michael Watson's Motion [11] to Dismiss, the Order [36] dismissing without prejudice all claims filed by Plaintiff Theresa Frye "on behalf of other Heirs of Louis Boisdore," and Defendant Lee Cowman's Notice [39] of Voluntary Dismissal,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 24th day of September, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE